363 A.2d 1128

COMMONWEALTH of Pennsylvania

v.

George GRAY, Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 24, 1975.

Decided Oct. 18, 1976.

Alexander Hemphill, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.

ROBERTS, J. dissents.